IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02279-CMA-BNB

MICHAEL W. NORTHCUTT,

Plaintiff,

v.

ANTHONY I. OSAGIE, ADX Physician Assistant, in his individual and official capacity,
DR. DAVID P. ALLRED, ADX Clinical Director, in his individual and official capacity,
NONA R. GLADBACH, ADX Registered Nurse, in her individual and official capacity,
DAVID P. SCHEIFELBEIN, ADX Physician Assistant, in his individual and official capacity,
R. WILEY, ADX Warden, in his individual and official capacity, and
FEDERAL BUREAU OF PRISONS,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Request for Reconsideration** [docket no. 17, filed November 6, 2009] (the "Motion").

IT IS ORDERED that the Motion is DENIED.

DATED: November 10, 2009