IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02279-CMA-BNB

MICHAEL W. NORTHCUTT,

Plaintiff,

v.

ANTHONY I. OSAGIE, ADX Physician Assistant, in his individual and official capacity,
DR. DAVID P. ALLRED, ADX Clinical Director, in his individual and official capacity,
NONA R. GLADBACH, ADX Registered Nurse, in her individual and official capacity,
DAVID P. SCHEIFELBEIN, ADX Physician Assistant, in his individual and official capacity,
R. WILEY, ADX Warden, in his individual and official capacity, and
FEDERAL BUREAU OF PRISONS,

Defendants.

_____

**ORDER**
_____

A settlement conference was held today, and progress toward settlement was made. An issue arose which required further review by the defendants, however.

IT IS ORDERED that a status conference is set for **April 8, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that the plaintiff shall participate in the status conference by telephone by calling the court at 303-844-6408 at the appropriate date and time. A copy of this order is to be sent to the following:

CASE MANAGER FOR
MICHAEL W. NORTHCUTT #06104-112
FLORENCE ADMAX
U.S. PENITENTIARY
P. O. BOX 8500

FLORENCE, CO 81226

Dated April 1, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge