IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02279-CMA-BNB

MICHAEL W. NORTHCUTT,

Plaintiff,

v.

ANTHONY I. OSAGIE, ADX Physician Assistant, in his individual and official capacity,
DR. DAVID P. ALLRED, ADX Clinical Director, in his individual and official capacity,
NONA R. GLADBACH, ADX Registered Nurse, in her individual and official capacity,
DAVID P. SCHEIFELBEIN, ADX Physician Assistant, in his individual and official capacity,
R. WILEY, ADX Warden, in his individual and official capacity, and
FEDERAL BUREAU OF PRISONS,

Defendants.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before April 14, 2010, the parties shall file a joint motion to administratively close the case, consistent with ¶4 of the Stipulation and Settlement Agreement.

Dated April 8, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

1