IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-02279-CMA-BNB

MICHAEL W. NORTHCUTT,

    Plaintiff,

v.

ANTHONY I. OSAGIE, ADX Physician Assistant, in his individual and official capacity,
DAVID P. ALLRED, ADX Clinical Director, in his individual and official capacity,
NONA R. GLADBACH, ADX Registered Nurse, in her individual and official capacity,
DAVID P. SCHEIFELBEIN, ADX Physician Assistant, in his individual and official capacity,
R. WILEY, ADX Warden, in his individual and official capacity, and
FEDERAL BUREAU OF PRISONS,

    Defendants.

## ORDER FOR ADMINISTRATIVE CLOSURE

This matter is before the Court on Plaintiff's Motion: To Administratively Close The Case (Doc. # 39). The Court having reviewed the Motion and the Defendants' Response In Support of the Motion (Doc. # 40), hereby ORDERS:

    1.    Pursuant to D.C.Colo.LCivR 41.2, the Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action for 36 months.

    2.    Under the relevant provision of a settlement reached April 1, 2010, this matter may be reopened for good cause only to enforce the terms of said settlement agreement.

3. Unless reopened for good cause, this civil action shall be automatically dismissed with prejudice at the conclusion of the 36-month period.

DATED: April __16__, 2010

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge